◼ RICHARD THOMPSON, Appellant, v JAMES WILLSON, as Acting Town Judge of the Town of Cuba, et al., Respondents. [617 NYS2d 661] —Motion for permission to proceed as poor person denied and appeal dismissed without costs. Memorandum: Plaintiff's motion for poor person relief is denied. Because the notice of appeal was not timely filed or served, the appeal must be dismissed *(see,* CPLR 5514 [c]; *see also, Pollack v Port Morris Bank,* 257 NY 287). Present—Pine, J. P., Balio, Lawton, Wesley and Boehm, JJ.

◼ In the Matter of LINNON SMITH, Appellant, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, et al., Respondents. [617 NYS2d 661] —Motion for permission to proceed as poor person denied, cross motion to dismiss appeal granted and appeal dismissed without costs. Same Memorandum as in *Thompson v Willson* (207 AD2d 1036 [decided herewith]). Present—Pine, J. P., Balio, Lawton, Fallon and Boehm, JJ.

◼ SANDRA S. PASCARELLA, Appellant, v JAMES V. PASCARELLA, Respondents. [617 NYS2d 704] —Motion to dismiss appeal denied. Memorandum: The order of Supreme Court entered May 27, 1993 was subsumed in the judgment entered June 9, 1993 *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]), and the time to appeal began to run from the date on which the judgment was served with notice of entry *(see,* CPLR 5513 [a]). Therefore, the appeal taken July 7, 1993 is timely. Present—Green, J. P., Pine, Doerr, Davis and Boehm, JJ.

◼ In the Matter of NIAGARA MOHAWK POWER CORPORATION, Respondent, v TOWN OF MINETTO BOARD OF ASSESSORS et al., Appellants. [617 NYS2d 686] —Motion to dismiss appeal denied and cross motion for an extension of time to file notice of appeal granted. Memorandum: The notice of appeal filed June 21, 1994 is deemed timely *(see,* CPLR 5520 [a]). Present—Pine, J. P., Fallon, Wesley, Doerr and Boehm, JJ.